

**Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

October 23, 2012

**VIA FACSIMILE**

Honorable Michael A. Telesca
United States District Court
Western District of New York
100 State Street
Rochester, New York 14612

Re: <u>Hicks, et al, v. T.L. Cannon Management Corp., et al.</u>
Civil Action No. 12-6517

Dear Judge Telesca:

If it meets with the Court's approval, the parties in the above-referenced case have agreed to extend the deadlines on all pending motions (Docket Nos. 11, 14, 24) until the parties have agreed upon a proposed scheduling order for this Court's approval. If the parties are unable to agree to a briefing schedule, the parties will inform the Court and we understand that the Court will schedule the motions on the next available motion date.

We appreciate Your Honor's courtesies in this matter and if we may assist the Court in any way, please do not hesitate to contact this office.

Respectfully submitted,

Nelson Thomas

Cc: Erin Smith, Esq.

SO ORDERED

MICHAEL A. TELESCA
United States District Judge

DATE 10/24/12

693 East Avenue, Rochester, New York 14607  tel: 585.272.0540  fax: 585.272.0574
nthomas@theemploymentattorneys.com • www.theemploymentattorneys.com